**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**

| | | |
|---|---|---|
| **ACUITY, A MUTUAL INSURANCE COMPANY, as subrogee of STANGER MANAGEMENT & DEVELOPMENT LLC,**<br>**2800 South Taylor Drive**<br>**Sheboygan, WI 53081,** | : | **Case No.** 5:26-cv-325-BJB |
| | | **COMPLAINT** |
| **Plaintiff,** | : | **(Jury Trial Demanded.)** |
| **v.** | : | |
| **SIRESS FAMILY ELECTRIC, LLC**<br>**2883 Radio Road**<br>**Almo, KY 42020,** | : | |
| **Defendant.** | : | |

Plaintiff Acuity, A Mutual Insurance Company ("Acuity"), as subrogee of Stanger Management & Development LLC, brings this subrogation action against the Defendant, Siress Family Electric, LLC ("Siress"), for damages arising from a commercial building fire caused by Defendant's negligent electrical work and breach of contract.

**PARTIES**

1. Acuity is a mutual insurance company organized under the laws of the State of Wisconsin with its headquarters and principal place of business at 2800 South Taylor Drive, Sheboygan, Wisconsin 53081. Acuity is therefore a citizen of Wisconsin and no other states.

2. Siress is a limited liability company organized under the laws of the State of Kentucky with its principal place of business at 2883 Radio Road, Almo, Kentucky 42020. Upon information and belief, its member, Cory Siress, is a citizen of Kentucky, and Siress has no members who are citizens of any other state. Siress is therefore a citizen of Kentucky and no other states.

## JURISDICTION AND VENUE

3. Diversity jurisdiction exists pursuant to 28 U.S.C. § 1332 because the parties are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

4. Venue is proper in the Western District of Kentucky pursuant to 28 U.S.C. §§ 1391(b)(1) and (b)(2) because Siress resides in this District, a substantial part of the events and omissions giving rise to this action occurred in Calloway County, Kentucky, and the property that is the subject of this action is situated in Calloway County, Kentucky.

## FACTUAL ALLEGATIONS

5. Stanger Management & Development LLC ("Stanger") owns the commercial office and warehouse building located at 1604 State Route 121 North, Murray, Kentucky 42071 (the "Property").

6. Before March 29, 2026, Stanger hired Siress to perform electrical work at the Property, including work involving electrical wiring in and around the server closet and adjoining utility and breaker-room areas.

7. Siress agreed to perform the electrical work safely, competently, and in a workmanlike manner and in accordance with applicable electrical codes, standards, manufacturer instructions, and industry practices.

8. In performing the electrical work, Siress used staples to secure electrical wiring in the utility room area. The staples damaged, compressed, or otherwise compromised the wiring and created an unreasonable risk of an electrical fault and fire.

9. At, on, or around approximately 6:00 p.m. on or about March 29, 2026, Ryan Stanger was working inside the Property when he heard a loud boom and observed fire in the utility room

10. The fire originated in the utility room area as a result of an electrical failure associated with the wiring installed or secured by Siress.

11. The fire, smoke, heat, and resulting water caused extensive damage throughout the Property, including damage to the metal roof, metal siding, insulation, drywall, ductwork, flooring, electrical systems, and framed walls and ceilings. The building requires substantial demolition and reconstruction.

12. Acuity insured the Property under commercial property policy number ZC8421, effective from April 29, 2025 through April 29, 2026 (the "Policy"). A copy of the Policy (redacted to remove any personal identifiers or premium information) is attached hereto as Exhibit No. 1.

13. The covered building damage has been valued at no less than $236,309.04 on a net actual cash value basis and approximately $279,162.05 on a replacement cost basis, subject to supplementation as the full extent of the damage is determined.

14. Stanger made a claim to Acuity under the Policy. Acuity has paid insurance benefits for covered damages and may make additional payments as repairs proceed. Acuity is subrogated to Stanger's rights to recover from Siress to the extent of Acuity's payments.

## <u>FIRST CLAIM</u>
## NEGLIGENCE

15. Acuity incorporates by reference all allegations in paragraphs 1 through 14.

16. Siress, as a professional electrical contractor, owed a duty to Stanger to exercise the reasonable skill and care expected of electrical contractors under the same or similar circumstances, including the duty to perform its work safely and in a workmanlike manner and to avoid creating an unreasonable risk of fire and property damage.

17. Siress breached its duty by improperly installing or securing electrical wiring with staples, damaging or compromising the wiring, failing to comply with applicable codes and standards,

failing to inspect and test its work, failing to correct the dangerous condition, and failing to warn Stanger of the resulting fire hazard.

18. The direct, proximate, and foreseeable result of Siress's negligence was the March 29, 2026 fire and the resulting damage to the Property.

## SECOND CLAIM
## BREACH OF CONTRACT

19. Acuity incorporates by reference all allegations in paragraphs 1 through 18.

20. Stanger and Siress entered into an enforceable agreement under which Siress agreed to perform electrical work at the Property in exchange for payment. The agreement was created and evidenced by the parties' communications, agreement, performance, and payment.

21. Siress breached the agreement by failing to perform its electrical work safely, properly, and in a workmanlike manner. Specifically, Siress improperly installed or secured electrical wiring with staples, thereby damaging or compromising the wiring and creating an unreasonable fire hazard.

22. The direct, proximate, and foreseeable result of Siress's breach was the March 29, 2026 fire and the resulting damage to the Property.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully requests that the Court enter judgment for Plaintiff and against Defendant as follows:

A. An award of monetary damages in an amount according to proof;

B. Pre-judgment and post-judgment interest as allowed by law;

C. Costs of suit;

D. Such further relief as the Court may deem just and proper.

Respectfully submitted,

*/s/ Timothy B. Spille*

Timothy B. Spille (91269)
REMINGER CO., L.P.A.
525 Vine Street, Suite 1500
Cincinnati, OH 45202
Phone: (513) 721-1311
Direct: (513) 455-4052
Fax: (513) 721-2553
Email: tspille@reminger.com
**Counsel for Plaintiff, Acuity,**
**A Mutual Insurance Company**

## JURY TRIAL DEMAND

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff demands trial by jury.

*/s/ Timothy B. Spille*

Timothy B. Spille (0079555)